# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY WIENER, derivatively on behalf of EATON VANCE MUNICIPALS TRUST, <br><br> Plaintiff, <br><br> v. <br><br> EATON VANCE DISTRIBUTORS, INC., BENJAMIN C. ESTY, ALLEN R. FREEDMAN, WILLIAM H. PARK, RONALD A. PEARLMAN, HELEN FRAME PETERS, HEIDI L. STEIGER, LYNN A. STOUT, RALPH F. VERNI, and THOMAS FAUST, <br><br> Defendants, <br><br> and <br><br> EATON VANCE MUNICIPALS TRUST, <br><br> Nominal Defendant. | Civil Action No. 10-10515-DPW |

## MOTION BY THE INDEPENDENT TRUSTEE DEFENDANTS AND NOMINAL DEFENDANT EATON VANCE MUNICIPALS TRUST TO DISMISS THE AMENDED COMPLAINT

Pursuant to Rules 9(b), 12(b)(6) and 23.1 of the Federal Rules of Civil Procedure, Defendants Benjamin C. Esty, Allen R. Freedman, William H. Park, Ronald A. Pearlman, Helen Frame Peters, Heidi L. Steiger, Lynn A. Stout and Ralph F. Verni (the "Independent Trustee Defendants"), and Nominal Defendant Eaton Vance Municipals Trust (the "Trust") hereby move to dismiss Plaintiff's Amended Complaint and Demand for Jury Trial (the "Amended Complaint") in its entirety and with prejudice. As grounds for this Motion, the Independent Trustee Defendants and the Trust state as follows:

The Amended Complaint should be dismissed for reasons stated in the Memorandum of Law of the Independent Trustee Defendants and the Trust In Support of their Motion to Dismiss the Amended Complaint, and the authorities submitted in support thereof; the Memorandum of Law in Support of Defendants Eaton Vance Distributors, Inc.'s ("EVD") and Thomas E. Faust, Jr.'s ("Mr. Faust") Motion to Dismiss the Amended Complaint, and the authorities submitted in support thereof; and the previously-filed Declaration of Jeffrey B. Maletta and exhibits attached thereto submitted in support of EVD's and Mr. Faust's Motion to Dismiss, Dckt. No. 15.

WHEREFORE, the Independent Trustee Defendants and the Trust respectfully request that this Court issue an Order dismissing the Amended Complaint in its entirety and with prejudice, and grant such other and further relief that the Court deems just and proper.

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), the Independent Trustee Defendants and the Trust request oral argument on their Motion to Dismiss Plaintiff's Amended Complaint.

Dated: July 15, 2010					Respectfully submitted,

							GOODWIN PROCTER LLP


							/s/ Stacey B. Ardini
							Stacey B. Ardini (BBO #663161)
							53 State Street
							Boston, MA 02109
							Tel: (617) 570-1000
							Fax: (617) 523-1231
							sardini@goodwinprocter.com


							Mark Holland (admitted *pro hac vice*)
							Mary K. Dulka (admitted *pro hac vice*)
							The New York Times Building
							620 Eighth Avenue
							New York, NY  10018
							Telephone:  (212) 813-8800
							Fax:  (212) 355-3333
							mholland@goodwinprocter.com
							mdulka@goodwinprocter.com


							*Attorneys for the Independent Trustee Defendants and the Trust*


## LOCAL RULE 7.1(A)(2) CERTIFICATION AND CERTIFICATE OF SERVICE

	I, Stacey B. Ardini, hereby certify that counsel for the parties conferred concerning the subject of this motion prior to filing, but were unable to resolve or narrow the issues in dispute.

	I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 15, 2010.

							/s/ Stacey B. Ardini

3

LIBA/2100092.1