UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY WIENER, derivatively on behalf of EATON VANCE MUNICIPALS TRUST,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EATON VANCE DISTRIBUTORS, INC., BENJAMIN C. ESTY, ALLEN R. FREEDMAN, WILLIAM H. PARK, RONALD A. PEARLMAN, HELEN FRAME PETERS, HEIDI L. STEIGER, LYNN A. STOUT, RALPH F. VERNI, and THOMAS FAUST,<br><br>　　　　　　Defendants,<br><br>and<br><br>EATON VANCE MUNICIPALS TRUST,<br><br>　　　　　　Nominal Defendant. | Civil Action No.:  10-10515-DPW<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

**NOTICE OF CHANGE OF FIRM ADDRESS**

　　PLEASE TAKE NOTICE THAT, effective immediately, the New York office of Browne Woods George LLP, counsel for Plaintiffs JEFFREY WIENER, derivatively on behalf of EATON VANCE MUNICIPALS TRUST, has changed its address, telephone and facsimile numbers to the following:

　　　　Browne Woods George LLP
　　　　626 RXR Plaza
　　　　Uniondale, NY 11556
　　　　Telephone:  516-222-2900
　　　　Facsimile:  516-977-0263

1

DATED:  February 3, 2011 **BROWNE WOODS GEORGE, LLP**

By:   /s/ Lee A. Weiss
        Lee A. Weiss

lweiss@bwgfirm.com
**BROWNE WOODS GEORGE LLP**
626 RXR Plaza
Uniondale, NY 11556
Telephone:  516-222-2900
Facsimile:   516-977-0263
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Lee A. Weiss, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 3, 2011.

        /s/ Lee A. Weiss