# United States Court of Appeals
## For the First Circuit

No. 11-1446

JEFFREY WIENER, Derivatively on behalf of Eaton Vance Municipals Trust

Plaintiff - Appellant

v.

EATON VANCE DISTRIBUTORS, INC.; BENJAMIN C. ESTY; ALLEN R. FREEDMAN; WILLIAM H. PARK; RONALD A. PEARLMAN; HELEN FRAME PETERS; HEIDI L. STEIGER; LYNN A. STOUT; RALPH F. VERNI; THOMAS FAUST; EATON VANCE MUNICIPALS TRUST

Defendants - Appellees

**JUDGMENT**
Entered: June 23, 2011
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the assented-to motion to withdraw appeal filed by plaintiff-appellant Jeffrey Wiener, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
/s/ Margaret Carter, Clerk.

cc:
Charles Eisen
Daryl DeValerio Andrews
Glen DeValerio
Janine Pollack
Jeffrey Maletta
Lauren Block
Lee Weiss
Mark Holland
Mary Dulka
Michael Spencer
Nicholas Terris
Ronald Uitz
Ryan Tosi
Stacey Ardini