# United States Court of Appeals
## For the First Circuit

No. 11-1446

JEFFREY WIENER, Derivatively on behalf of Eaton Vance Municipals Trust

Plaintiff - Appellant

v.

EATON VANCE DISTRIBUTORS, INC.; BENJAMIN C. ESTY; ALLEN R. FREEDMAN; WILLIAM H. PARK; RONALD A. PEARLMAN; HELEN FRAME PETERS; HEIDI L. STEIGER; LYNN A. STOUT; RALPH F. VERNI; THOMAS FAUST; EATON VANCE MUNICIPALS TRUST

Defendants - Appellees

**MANDATE**

Entered: June 23, 2011

In accordance with the judgment of June 23, 2011, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court
/s/ Margaret Carter, Clerk

cc:
Daryl DeValerio Andrews
Stacey Baron Ardini
Lauren Block
Glen DeValerio
Mary K. Dulka
Charles L. Eisen
Mark Holland
Jeffrey B. Maletta
Janine Lee Pollack
Michael Champlin Spencer
Nicholas George Terris
Ryan M. Tosi
Ronald A. Uitz
Lee A. Weiss